**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAELLA G. KATZ, Individually and on Behalf of All Others Similarly Situated, | Civil Action No.: 1:25-cv-08368 |
| Plaintiff, | CLASS ACTION |
| | DEMAND FOR JURY TRIAL |
| v. | |
| MAREX GROUP PLC, IAN THEO LOWITT, and CRISPIN ROBERT JOHN IRVIN, | |
| Defendants. | |

**DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF**
**MOTION BY MICHAELLA G. KATZ FOR APPOINTMENT**
**AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Thomas L. Laughlin, IV, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.  I am a partner with the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for Plaintiff and Lead Plaintiff movant Michaella G. Katz ("Movant"), and proposed Lead Counsel for the Class.

2.  I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of her selection of Scott+Scott as Lead Counsel for the Class.

3.  Attached hereto as exhibits are true and correct copies of the following:

Exhibit A:  Notice published October 9, 2025 via *Globe Newswire,* pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

Exhibit B:  Movant's Loss Chart;

Exhibit C:  Movant's PSLRA Certification; and

Exhibit D:  Scott+Scott's firm résumé.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 8th day of December, 2025.

        s/ Thomas L. Laughlin, IV
        Thomas L. Laughlin, IV

1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 8, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

 s/ Thomas L. Laughlin, IV
Thomas L. Laughlin, IV

2