# EXHIBIT A



**Source:** *Scott+Scott Attorneys at Law LLP*

*October 09, 2025 15:07 ET*

# Scott+Scott Attorneys at Law LLP Files Securities Class Action Against Marex Group plc (NASDAQ: MRX)

NEW YORK, Oct. 09, 2025 (GLOBE NEWSWIRE) -- Scott+Scott Attorneys at Law LLP ("Scott+Scott"), an international shareholder and consumer rights litigation firm, has filed a securities class action lawsuit in the United States District Court for the Southern District of New York against Marex Group plc ("Marex" or the "Company") (NASDAQ: MRX), and certain of its directors and officers (collectively, "Defendants"). The Class Action asserts claims under §§10(b) and 20(a) of the Securities Exchange Act of 1934 (15 U.S.C. §§78j(b) and 78t(a)) and U.S. Securities and Exchange Commission Rule 10b-5 promulgated thereunder (17 C.F.R. §240.10b-5) on behalf of all persons other than Defendants who sold short Marex securities between August 14, 2024 and August 5, 2025, inclusive (the "Class Period"), and were damaged thereby (the "Class"). The Class Action filed by Scott+Scott is captioned: *Katz v. Marex Group plc, et al.,* Case No. 1:25-cv-08368.

### LEAD PLAINTIFF DEADLINE ON DECEMBER 8, 2025

Marex is a United Kingdom-based diversified global financial services platform. Marex operates five reporting segments: (1) Clearing; (2) Agency and Execution; (3) Market Making; (4) Hedging and Investment Solutions; and (5) Corporate. Marex's Market Making segment provides direct liquidity to its client across a variety of products traded in the energy, metals, agriculture, and securities markets.

The Class Action alleges that, during the Class Period, Defendants made misleading statements and omissions regarding the Company's business, financial condition, and prospects. Specifically, Marex failed to inform investors that it improperly inflated its cash flow and the revenues, assets,

and profits of its Market Making segment through off-book intercompany transactions. Therefore, Marex's seemingly positive cash flow was, in fact, negative because of the artificial inflation.

Defendants' materially false and misleading statements during the Class Period resulted in members of the Class short selling the Company's securities at artificially inflated prices, thus causing damages when the truth was revealed.

## LEAD PLAINTIFF DEADLINE ON DECEMBER 8, 2025

If you sold short Marex securities during the Class Period, and were damaged thereby, you are a member of the "Class" and may be able to seek appointment as lead plaintiff.

**If you wish to apply to be lead plaintiff, a motion on your behalf must be filed with the U.S. District Court for the Southern District of New York no later than December 8, 2025.** The lead plaintiff is a court-appointed representative for absent class members of the Class. You do not need to seek appointment as lead plaintiff to share in any Class recovery in the Class Action. If you are a Class member and there is a recovery for the Class, you can share in that recovery as an absent Class member.

If you wish to apply to be lead plaintiff, **please contact attorney Mandeep S. Minhas at (888) 398-9312 or at mminhas@scott-scott.com**.

### What Can You Do?

You may contact an attorney to discuss your rights regarding the appointment of lead plaintiff or your interest in the Class Action. You may retain counsel of your choice to represent you in the Class Action.

**CONTACT:**
**Mandeep S. Minhas**
**Scott+Scott Attorneys at Law LLP**
**230 Park Avenue, 24th Floor, New York, NY 10169**
**(888) 398-9312**
**mminhas@scott-scott.com**