# EXHIBIT B

**LOSS ANALYSIS**

**Class Period: 08/14/2024 to 08/05/2025**

**MAREX GROUP PLC**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price | |
|---|---|---|---|---|---|
| **MRX** | **G5S37H101** | **BQXP757** | **GB00BMT7GT62** | **$33.09773** | * |

**MICHAELLA KATZ**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Short Sale | 10/23/2024 | 3,500 | $24.50 | -$85,750.00 |
| Short Cover | 9/2/2025 | 500 | $34.68 | $17,340.00 |
| Retained Shares: | | 3,000 | $33.10 | $99,293.20 |

**\* Value of retained shares is the mean trading price from 08/06/2025 to 11/04/2025**          **LIFO Gain/(Loss):   -$30,883.20**