# EXHIBIT C

## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Michaella G. Katz, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1.      I have reviewed the Complaint for Violations of the Federal Securities Laws against Marex Group plc, and authorize the filing of this Certification and a comparable complaint and/or motion for appointment as Lead Plaintiff.

2.      I am willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

3.      During the Class Period (as defined in the Complaint), I sold short the security that is the subject of the Complaint as set forth on the attached Schedule A.

4.      I did not engage in the foregoing transaction at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

5.      During the three-year period preceding the date on which this Certification is signed, I have either served or sought to serve as a representative party on behalf of a class in the following private actions arising under the Securities Act or the Exchange Act:

N/A

6.      I will not accept any payment for serving as a representative party on behalf of the Class beyond its *pro rata* share of any recovery, except for such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

1

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 8th day of October, 2025.

Michaella G. Katz

# Schedule A

**MAREX GROUP PLC**                    **Ticker:**    **MRX**        **Cusip:**        **G5S37H101**

Class Period: 08/14/2024 to 08/05/2025

**Michaella Katz**                                      **DATE**      **SHARES**      **PRICE**

                                              **Short Sale:**  10/23/2024    3,500          $24.50