**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAELLA G. KATZ, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br> v.<br><br><br>MAREX GROUP PLC, IAN THEO LOWITT, and CRISPIN ROBERT JOHN IRVIN,<br><br>        Defendants. | Case No. 1:25-cv-08368-RA-SDA<br><br>CLASS ACTION |
| RAVISHANKER NARAYANAN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br> v.<br><br><br>MAREX GROUP PLC, IAN LOWITT, and ROBERT IRVIN,<br><br>        Defendants. | Case No. 1:25-cv-08393-RA-KHP<br><br>CLASS ACTION |

## DEFENDANTS' NOTICE OF CROSS-MOTION TO CONSOLIDATE

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated January 9, 2026, and all prior papers and proceedings herein, the undersigned, on behalf of Defendants Marex Group PLC, Ian Lowitt, and Robert Irwin (collectively, "Defendants"), hereby will cross-move this Court before the Honorable Ronnie Abrams in Courtroom 1506 of the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007, at a date and time to be determined

by the Court for an order pursuant to Federal Rule of Civil Procedure 42(a) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B)(ii), (1) consolidating the above-captioned actions for pre-trial and trial purposes, (2) appointing lead plaintiff(s) in a consolidated action, and (3) granting such other and further relief as the Court deems just and proper.

Dated:        January 9, 2026
              New York, New York

Respectfully submitted,

LATHAM & WATKINS LLP

By:/s/ Jeff G. Hammel
Jeff G. Hammel
Jason C. Hegt
Chengliang (Larry) Hong
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
jeff.hammel@lw.com
jason.hegt@lw.com
larry.hong@lw.com

*Attorneys for Defendants Marex Group PLC, Ian Lowitt, and Robert Irvin*

2