UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAELLA G. KATZ, *individually and on behalf of all other similarly situated*,<br><br>           Plaintiff,<br>      v.<br><br>MAREX GROUP PLC, IAN THEO LOWITT, and CRISPIN ROBERT JOHN IRVIN,<br><br>           Defendants. | 25-CV-8368 (RA)<br><br>ORDER |
| RAVISHANKER NARAYANAN, *individually and on behalf of all others similarly situated*,<br><br>           Plaintiff,<br>      v.<br><br>MAREX GROUP PLC, IAN THEO LOWITT, and CRISPIN ROBERT JOHN IRVIN,<br><br>           Defendants. | 25-CV-8393 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

As discussed at today's hearing, the prospective lead plaintiffs in *Narayanan* shall file a response to the pending cross-motion for consolidation by Friday, January 23, 2026. Defendants shall file a reply by Friday, January 30, 2026.

SO ORDERED.

Dated:    January 16, 2026
          New York, New York

Ronnie Abrams
United States District Judge