**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Michaella G. Katz, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**Marex Group PLC, et al.,**<br><br>**Defendants.** | **1:25-cv-08368 (RA) (SDA)**<br><br>**ORDER** |
| **Ali Shahsavanpour, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**Marex Group PLC, et al.**<br><br>**Defendants.** | **1:25-cv-08393 (RA) (SDA)** |

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of the joint letter, dated February 16, 2026, regarding the proposed briefing schedule and Defendants' request for omnibus briefing on their forthcoming motions to dismiss. (25-cv-08368, ECF No. 31; 25-cv-08393, ECF. No. 42.)

The jointly proposed schedule is hereby GRANTED. Defendants' request to consolidate briefs is hereby DENIED WITHOUT PREJUDICE. After Defendants review the amended pleadings, Defendants can renew their motion to file a single brief in support of both motions if they believe there is a valid reason to do so.

**SO ORDERED.**

Dated:      New York, New York
            February 18, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2