UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MICHAELLA G. KATZ, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>    v.<br><br>MAREX GROUP PLC, IAN THEO LOWITT, and CRISPIN ROBERT JOHN IRVIN,<br><br>         Defendants. | Civil Action No. 1:25-cv-08368 (RA) (SDA)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Michaella G. Katz ("Plaintiff") and her counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice, against Defendants Marex Group plc, Ian Theo Lowitt, and Crispin Robert John Irvin ("Defendants"). Further, Plaintiff and Defendants have agreed to bear their own respective costs and attorneys' fees in relation to the above captioned action.

Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) is therefore appropriate.

DATED: April 13, 2026             **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Jacob B. Lieberman*
Jacob B. Lieberman (JL-2728)
156 South Main Street
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
jlieberman@scott-scott.com

Thomas L. Laughlin, IV (TL-8888)
Karolina Klyuchnikova (5300322)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
tlaughlin@scott-scott.com
kklyuchnikova@scott-scott.com

*Counsel for Michaella G. Katz*

Michael E. Criden
**CRIDEN & LOVE, P.A.**
2020 Salzedo Street, Suite 302
Coral Gables, FL 33134
Telephone: (305) 375-9000

*Additional Counsel for Plaintiff Michaella G. Katz*